■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAPHAEL GARCIA, Appellant. [668 NYS2d 919] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered March 6, 1997, convicting him of criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that he was denied the right to counsel when the court conducted a proceeding in the absence of counsel to determine if the drug treatment program Treatment Alternatives to Street Crime (hereinafter TASC) would accept the defendant back into the program after he failed to complete the program. In addition, the court did not improvidently exercise its discretion in sentencing the defendant for failing to complete the TASC program. Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMMY GERACI, Appellant. [668 NYS2d 918] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 31, 1994 (*People v Geraci,* 200 AD2d 758, *affd* 85 NY2d 359), affirming a judgment of the Supreme Court, Kings County, rendered April 23, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Miller, J. P., O'Brien, Ritter and Krausman, JJ., concur.